RECEIPT #_____
AMOUNT $ 150.00
SUMMONS ISS. _____
LOCAL RULE 4.1 _____
WAIVER OF SERV. _____
____ ISSUED _____
MD OR 121 _____
DPTY CLK _____
8-5-04

FILED
[stamp] 2004 AUG -5 A 11: 01
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **FERDINAND MIRRA**<br>863 Bedford Street<br>Fall River, MA 02723<br><br>        Plaintiff, Pro Se,<br><br>-v-<br><br>**BAYER CORPORATION**<br>c/o CT Corporation Systems<br>1515 Market Street, Suite 1210<br>Philadelphia, Pennsylvania 19102;<br>        -and-<br>**BAYER AG**<br>Werk Leverkusen<br>51368 Leverkusen, GERMANY;<br>        -and-<br>**GLAXO SMITHKLINE**<br>One Franklin Plaza<br>200 N. 16th Street<br>Philadelphia, Pennsylvania 19102;<br>        -and-<br>**GLAXO SMITHKLINE, PLC**<br>Glaxo Smith Kline<br>Berkeley Avenue<br>Greenford, Middlesex, UB6 0NN<br>UNITED KINGDOM,<br><br>        Defendants. | : PHILADELPHIA COURT OF<br>: COMMON PLEAS<br>:<br>: NOVEMBER TERM, 2003<br>:<br>: NO. [04 11725 RWZ]<br>:<br>: MASS TORT – "BAYCOL"<br>: *Assigned to JL Alexander*<br>:<br>: "BAYCOL" CASE<br>:<br>: MASS TORT PROGRAM |

| | |
|---|---|
| **FERDINAND MIRRA**<br>863 Bedford Street<br>Fall River, MA 02720<br><br>Plaintiff, Pro Se,<br><br>-v-<br><br>**BAYER CORPORATION, et al.**<br><br>Defendants. | : PHILADELPHIA COURT OF<br>: COMMON PLEAS<br>:<br>: NOVEMBER TERM, 2003<br>:<br>:NO._____<br>:<br>:MASS TORT – "BAYCOL"<br>:<br>: |

## CIVIL ACTION COMPLAINT – SHORT FORM

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint in In Re: Baycol ("Baycol") Litigation in Philadelphia County Court of Common Pleas, filed as of November 29, 2001, under Master Docket Number, November 2001, No. 0001. Pursuant to an Order by the Honorable Allan L. Tereshko, Philadelphia County Court of Common Pleas, the following Short Form Complaint is utilized in this Baycol action.

Plaintiffs select and indicate by checking off the appropriate spaces, those products, parties and claims that are specific to their case. Where certain claims require, pursuant to Pennsylvania law, specific pleading or case specific facts and individual information, plaintiffs shall add and include them herein.

1. Plaintiff, Ferdinand Mirra, is an individual who resides at 863 Bedford Street, Fall River, Bristol County, in the State of Massachusetts. Plaintiff's date of birth is September 20, 1960.

1a. Plaintiff, _____, is the Administrator/Executor of the Estate of _____, deceased, having been granted Letters of Adminstration/Testamentary by the Register of Wills of _____ County, _____ (state). Decedent's date of birth is _____ and date of death is _____. During decedent's life, plaintiff and decedent were _____ (relationship). At the time of death, decedent live in _____ (County) _____ (State).

1b. Plaintiff is not married.

2. Plaintiff ingested Baycol from approximately December 20, 1999 until August 9, 2001, which caused him injury.

3. Plaintiff was prescribed and/or otherwise obtained Baycol from Tushar Patel, M.D., 528 Newton Street, Fall River, Massachusetts 02721.

4. Plaintiff stopped taking Baycol due to the recall of the drug. At that time, he complained of side effects, namely muscle aches, on or around August 9, 2001. He reported the muscle aches to Tushar Patel, M.D.

5. Plaintiff-spouse, _____, (hereinafter referred to as "Spouse") is an individual residing at the above address and claims damages as a result of:

_____ Loss of Consortium

_____ Wrongful Death

6. Plaintiff-parent, _____, (hereinafter referred to as the "Parent[s]"), is an individual residing at the above address and claims damages as a result of:

_____ Wrongful Death

_____ Economic Loss

7. The following entities are named as defendants, and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

**(Check appropriate defendants)**

   X   BAYER CORPORATION

   X   BAYER AG

   X   GLAXOSMITHKLINE

   X   GLAXOSMITHKLINE PLC

8. The following claims asserted in the Master Complaint, and the allegations with regard thereto in the Master Complaint, are herein adopted by reference:

   X   Count One:     Negligence

   X   Count Two:     Breach of Express Warranty

   X   Count Three:   Fraud

   ____  Count Four:    Medical Malpractice[1]

   ____  Count Five:    Wrongful Death

   ____  Count Six:     Survival Action

   ____  Count Seven:  Loss of Consortium

---

[1] If additional counts, Count Four and/or counts directed to other defendants are alleged, the specific facts supporting those allegations must be pleaded by the plaintiff in a manner complying with the requirements of the Pennsylvania Rules of Civil Procedure, and the defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the Short Form Complaint.

9. Plaintiff's dependants, relationship and date of birth, are:

    Jennifer Lynn Mirra, daughter

    Date of birth: November 19, 1983

10. Plaintiff asserts the following additional theories of recoveries against the defendants (see FN 1):

    _____

    _____

    _____

WHEREFORE, Plaintiff prays for relief as set forth in the Plaintiffs' Master Long Form Complaint in In Re: Baycol Litigation in Philadelphia County Court of Common Pleas, filed as of November 29, 2001, under Master Docket Number, November Term, No. 0001.

**FERDINAND MIRRA**

*/s/ Ferdinand Mirra*

FERDINAND MIRRA
Plaintiff, Pro Se

# VERIFICATION

I, Ferdinand Mirra, hereby state:

1. I am the plaintiff in this action;

2. I verify that the statements made in the foregoing Short Form Complaint are true and correct to the best of my knowledge, information and belief; and

3. I understand that the statements in the Complaint are made subject to the penalties of 18 Pa.C.S. § 4904 relating to the unsworn falsification to authorities.

*[signature]*
Ferdinand Mirra
Plaintiff

7-3-2004
Date