**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**FERDINAND MIRRA**</u>
        **Plaintiff**

**V.**

<u>**BAYER CORP. ET AL**</u>
        **Defendant**

**CIVIL ACTION**

**NO.   04CV11725-RWZ**

<u>**ORDER OF DISMISSAL**</u>

<u>**ZOBEL, D. J.**</u>

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on <u> 2/4/05 </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                By the Court,

<u>  2/24/05  </u>                           <u> s/ Lisa A. Urso </u>
    Date                                    Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)                                            [odismr41.]